In the Matter of FRANCIS E. DE PAOLO, Appellant, against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent.

Submitted July 13, 1937; decided September 28, 1937.

*Paul Windels, Corporation Counsel (Paxton Blair* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

In the Matter of NEW YORK STATE ELECTRIC AND GAS CORPORATION et al., Appellants, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

Submitted July 13, 1937; decided September 28, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 274 N. Y. 591.)